IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JAMES J. SHADOAN, *et al.*, | ) | |
| | ) | Case No. 1:20-CV-02538-TWP-MJD |
| Plaintiffs, | ) | |
| | ) | Judge Tanya Walton Pratt |
| v. | ) | |
| | ) | Magistrate Judge Mark J. Dinsmore |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO WITHDRAW MOTION TO DISMISS AND FILE AMENDED MOTION TO DISMISS**

This matter came before the Court on Defendant United States' Unopposed Motion to Withdraw Motion to Dismiss and File Amended Motion to Dismiss (Doc. 21), and the Court having considered said Motion, now **GRANTS** the same.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that the United States' Motion to Dismiss and supporting documents (Docs. 16-18) are **WITHDRAWN**. It is further

**ORDERED** that the United States shall file its Amended Motion to Dismiss by January 25, 2021, and Plaintiffs shall file their response to the Amended Motion by February 16, 2021.

**SO ORDERED**

Date: 1/20/2021

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF